UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WIND, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. 1:25-cv-00266-JLT-HBK (PC)<br><br>ORDER GRANTING JOINT MOTION TO RESET DEADLINES<br><br>(Doc. No. 19) |

    Pending before the Court is the joint motion to vacate the initial scheduling conference and establish new deadlines for this case filed May 21, 2025 on behalf of Plaintiffs Wind, Cameron, Yancey, Clark, Monroe, Gutierrez, Salinas, Muhammad, De Leon Guererro, Randolph, Reyes, Manzano, and Milan and Defendants State of California, California Department of Corrections and Rehabilitation (CDCR), De La Cruz, Arroyo, Mendoza, Ramolete, Becerra, Felix, and Abrego (collectively "the Parties"). (Doc. No. 19) The Parties, after meeting and conferring, agree that this case is not procedurally in a posture to adhere to the current case deadlines and propose new deadlines. For good cause shown, the Court grants the motion. Fed. R. Civ. P. 6, 16, Local Rules 144, 240.

    Accordingly, it is **ORDERED**:

    1.    The Parties' joint motion (Doc. No. 19) is GRANTED.

    2.    Defendants need not respond to Plaintiffs' current complaint.

3.   Plaintiffs shall file a first amended complaint on or before June 23, 2025.

4.   Defendants' deadline to respond to any first amended complaint will be July 23, 2025.

5.   The Initial Scheduling Conference set for June 5, 2025, and the filing of a joint scheduling report, is vacated.

6.   The Initial Scheduling Conference is reset to August 21, 2025 at 1:00 P.M. with the Parties' joint scheduling report due no later than August 14, 2025.

Dated:   May 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2