Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiff
ALEXIS HOOPER and the class of similarly
situated persons she seeks to represent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALEXIS HOOPER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANISSA DE LA CRUZ, et al.,<br><br>Defendants. | Case No. 1:25-cv-00610-JLT-EPG<br><br>**NOTICE OF RELATED CASE *WIND v. STATE OF CALIFORNIA*, NO. 1:25-cv-00266-JLT-HBK (E.D. CAL.)** |

PLEASE TAKE NOTICE that this action is related to another action, *Wind v. State of California*, No. 1:25-cv-00266-JLT-HBK (E.D. Cal.). These actions are related under Local Rule 123, based on the following:

(1) both actions involve some of the same parties, including defendants Anissa De La Cruz, Isidro Arroyo, C. Mendoza, Michael Felix, V. Ramolete, Becerra, and currently-unnamed correctional officers;

(2) both actions are based on similar claims, including 42 U.S.C. § 1983 claims based on violations of the Eighth Amendment brought by inmates against correctional officers;

(3) both actions involve similar questions of fact, including whether correctional officers' use of force deployed against inmates at the Central California Women's Facility (CCWF) on August 2, 2024, constituted excessive force; and

(4) both actions involve the same question of law, including whether correctional officers' use of force deployed against inmates at the Central California Women's Facility (CCWF) on August 2, 2024, gives rise to liability and damages under 42 U.S.C. § 1983.

Dated: June 4, 2025

Respectfully Submitted,

By: ______________________________

Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiff
ALEXIS HOOPER and the class of similarly situated persons she seeks to represent