ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JACQUELINE KALLBERG, State Bar No. 298886
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7345
  Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*State of California, F. Arroyo, A. DeLaCruz, V. Ramolete, E. Becerra, C. Mendoza, M. Felix, California Department of Corrections and Rehabilitation and Y. Abrego*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **CHRISTINA WIND, et al.,**<br><br>                  Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                  Defendants. | Case No. 1:25-cv-00266-JLT-HBK<br><br>**SECOND STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT; RESPONSE TO FIRST AMENDED COMPLAINT; AND TO RESET SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Judge:       Hon. Helena M. Barch-Kuchta<br>Trial Date:  None set<br>Action Filed: March 3, 2025 |

Plaintiffs Wind, Cameron, Yancey, Clark, Monroe, Gutierrez, Salinas, Muhammad, De Leon Guererro, Randolph, Reyes, Manzano, and Milan (Plaintiffs) and Defendants State of California, California Department of Corrections and Rehabilitation (CDCR), De La Cruz, Arroyo, Mendoza, Ramolete, Becerra, Felix, and Abrego, by and through their attorneys of record, stipulate as follows.

/ / /

1

Stipulation Regarding Filing of First Amended Complaint; Response to First Amended Complaint; and to Reset Scheduling Conference; [Proposed] Order
(1:25-cv-00266-JLT-HBK)

1. Plaintiffs' complaint involves thirteen plaintiffs and nine defendants. It alleges multiple claims or causes of action arising out of an incident at the Central California Women's Facility that occurred on August 2, 2024. This incident allegedly involved about 159 inmates and multiple alleged uses of force by multiple defendants. (*See* Compl. ECF No. 1).

2. Plaintiffs have filed proofs of service indicating that Defendants were served with a summons and the Complaint in this case on March 5, 2025. (ECF Nos. 5-13.)

3. On March 25, 2025, a stipulation was filed extending Defendants' deadline for their initial responsive pleading to April 23, 2025, under Federal Rule of Civil Procedure 6 and Local Rule 144(a). (ECF No. 14.)

4. On April 22, 2025, pursuant to the parties' stipulation, the Court extended the time for Defendants to respond to the complaint to May 23, 2025. (ECF Nos. 16-17).

5. On May 21, 2025, pursuant to the parties' stipulation, the Court extended the time for Plaintiffs to file a first amended complaint to June 23, 2025, and reset the Initial Scheduling Conference, and filing of the parties' joint scheduling report to August 21, 2025 and August 14, 2025 respectively. (ECF No. 20).

5. Since May 21, 2025, Plaintiffs' counsel has prepared a proposed First Amended Complaint and submitted it to Defendants' counsel for consideration. In addition, Defendants' counsel is informed and believes that CDCR completed its investigation of the August 2, 2024, incident as of about June 20, 2025. However, Defendants' counsel believes that pertinent material necessary to fully assess Plaintiffs' claims and to respond to the allegations and claims will not be available to them for approximately sixty days, barring unforeseen delays.

6. The parties met and conferred on June 20, 2025, discussed that additional time is needed for the parties to meet and confer on Plaintiffs' proposed amended complaint and that this case is not yet procedurally in a posture to allow the parties to meaningfully discuss a case schedule, provide initial disclosures, develop a discovery schedule, or consider whether this matter may be appropriate for early ADR. Thus, in consideration of the foregoing, and pursuant to Federal Rules of Civil Procedure 6 and 16, Local Rules 144 and 240, and this Court's order

2

Stipulation Regarding Filing of First Amended Complaint; Response to First Amended Complaint; and to Reset Scheduling Conference; [Proposed] Order
(1:25-cv-00266-JLT-HBK)

(ECF No. 2), the parties stipulate to and request the following:

    a.    The time for Plaintiffs to file a first amended complaint is extended to July 23, 2025.

    b.    Defendants' deadline to respond to the first amended complaint is set for August 22, 2025.

    c.    The scheduling conference set for August 21, 2025, is reset to September 18, 2025, and the parties' joint scheduling report shall be filed seven days before the conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: June 23, 2025                                           Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA BOWER
Supervising Deputy Attorney General
Jacqueline Kallberg
Deputy Attorneys General

*/s/ Arthur B. Mark III*
ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*State of California, California Department of Corrections and Rehabilitation, F. Arroyo, A. De La Cruz, V. Ramolete, Becerra, C. Mendoza, M. Felix and Y. Abrego*

Dated: June 23, 2025                                           LAW OFFICES OF ROBERT CHALFANT

*/s/ Robert Chalfant*
Robert Chalfant
*Attorney for Plaintiffs*
*(as authorized June 19, 2025)*

3

Stipulation Regarding Filing of First Amended Complaint; Response to First Amended Complaint; and to Reset Scheduling Conference; [Proposed] Order
(1:25-cv-00266-JLT-HBK)

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED.

1. Plaintiffs shall file a first amended complaint on or before July 23, 2025;
2. Defendants' deadline to respond to any first amended complaint will be August 22, 2025; and
3. The scheduling conference set for August 21, 2025 is reset to September 18, 2025, and the parties' joint scheduling report shall be filed seven days before the conference.

IT IS SO ORDERED.

_____
Hon. Helena M. Barch-Kuchta

SA2025301262
39114345

4

Stipulation Regarding Filing of First Amended Complaint; Response to First Amended Complaint; and to Reset Scheduling Conference; [Proposed] Order
(1:25-cv-00266-JLT-HBK)