UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WIND, et al., | Case No. 1:25-cv-00266-JLT-HBK (PC) |
| Plaintiffs, | ORDER GRANTING PARTIES SECOND STIPULATED MOTION TO RESET DEADLINES |
| v. | |
| STATE OF CALIFORNIA, et al., | (Doc. No. 22) |
| Defendants. | |

Pending before the Court is the Parties' second stipulated motion to reset the initial scheduling conference and establish new deadlines filed June 23, 2025. (Doc. No. 22). The Parties, after further meeting and conferring, submit that that this case still is not yet procedurally in a posture to adhere to the previous extended deadlines. The Parties propose new deadlines. For good cause shown, the Court grants the stipulated motion. Fed. R. Civ. P. 6, 16, Local Rules 144, 240.

Accordingly, it is hereby ORDERED:

1. The Parties second stipulated motion (Doc. No. 22) is GRANTED nunc pro tunc.
2. Plaintiffs shall file a first amended complaint on or before July 23, 2025.
3. Defendants' deadline to respond to any first amended complaint will be August 22, 2025.
4. The telephonic initial scheduling conference set for August 21, 2025 is reset

September 18, 2025, at 11:30 a.m.

5. The Parties' joint scheduling report shall be filed no later than September 11, 2025.

Dated:   June 24, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE