# EXHIBIT A

# 513

## PLEASE COME JOIN US

### *A Trauma Event*

**Where we can come together & talk about August 2, 2024.**

**They Event will be held on**

**August 21, 2024**

**Held in the Gym from 0945 to 1145 hours**

**All are welcome!**

**Please come join us to release and heal!**



*Prayer of Release*...Chaplain

*Acknowledgement*...Warden A. De La Cruz

*Purpose of the Event*

"The Elephant in the Room"


*Introductions*

Little Angels Puppy Program

Mental Health Team

Peer Support Team

ARC Team

Trauma Team


## The Work Begins

*Acknowledging the Grief*

Lt. M. Williams

*Moving Past Trauma*

(Break Out Session)

*Stepping Over the Threshold of Pain*

(Break Out Session)


## Closing Ceremony: Our Commitment

*Acknowledge How You Feel*

*Commit To Working Toward Healing*

*Taking Steps To Go Forward*

*Release The Anger And Forgive*


*In Conclusion*