Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia Bower, State Bar No. 287799
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
Jacqueline Kallberg, State Bar No. 298886
Deputy Attorney General
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7345
  Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation, V. Ramolete, E. Becerra, C.
Mendoza, M. Felix, I. Arroyo, and Y. Abrego*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHRISTINA WIND, et al.,** | Case No. 1:25-cv-00266-JLT-HBK |
| Plaintiff, | **STIPULATED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING AND CONTINUE SCHEDULING CONFERENCE AND ORDER GRANTING MOTION** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | **(Doc. No. 32)** |

    Plaintiffs Wind, Cameron, Yancey, Clark, Monroe, Gutierrez, Salinas, Muhammad, De Leon Guerrero, Randolph, Reyes, Manzano, and Milan (Plaintiffs) and Defendants California Department of Corrections and Rehabilitation (CDCR), I. Arroyo, V. Ramolete, E. Becerra, C. Mendoza, M. Felix, and Y. Abrego by and through their attorneys of record, stipulate and request as follows.

1

1. Plaintiffs' complaint involves thirteen plaintiffs and seven defendants. It alleges multiple claims or causes of action arising out of an incident at the Central California Women's Facility that occurred on August 2, 2024. This incident allegedly involved about 159 inmates and multiple alleged uses of force by multiple defendants. (*See* First Amended Compl. ECF No. 24).

2. Following the parties' meet and confer on Plaintiffs' initial complaint and pursuant to the parties' stipulations (ECF Nos. 17, 20 and 23), Plaintiffs filed a First Amended Complaint (FAC) on July 23, 2025. (ECF No. 24).

3. On August 22, 2025, Defendants filed their motion to stay this case, which the Court denied. (ECF Nos. 26, 31).

4. Defendants' responses to the FAC are currently due October 23, 2025, and the scheduling conference in this case is currently set for October 30, 2025.

5. On October 15, 2025, counsel for the parties met and conferred concerning case scheduling, including that Defendants had only recently begun receiving documents concerning the incident at issue and that additional time was needed for Defendants to review materials and conduct further assessments of conflicts and before responding to the complaint. Thus, in consideration of the foregoing, and pursuant to Federal Rules of Civil Procedure 6 and 16, Local Rules 144 and 240, and this Court's order (ECF No. 2), the parties stipulate to and request the following:

   a. The time for Defendants' responses to the First Amended Complaint is extended to November 24, 2025.

   b. The scheduling conference set for October 30, 2025, is reset to December 4, 2025 at 1:30 and the parties' joint scheduling report shall be filed seven days before the conference.

///
///
///

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

2  Dated:  October 16, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA BOWER
Supervising Deputy Attorney General
Jacqueline Kallberg
Deputy Attorneys General


*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation, I. Arroyo, V. Ramolete, E. Becerra, C. Mendoza, M. Felix, and Y. Abrego*

Dated:  October 16, 2025                    LAW OFFICES OF ROBERT CHALFANT

*/s/ Robert Chalfant*

Robert Chalfant
*Attorney for Plaintiffs*
*(as authorized October 16,2025)*

## ORDER OF COURT

Good cause appearing, the parties' stipulated motion (Doc. No. 32) is GRANTED.

1. Defendants' response to the First Amended Complaint shall be filed on or before **November 24, 2025**.

2. The telephonic Initial Scheduling Conference currently scheduled for October 30, 2025 is CONTINUED to **December 4, 2025 at 2:00 p.m**.

3. The parties shall file their Joint Scheduling Report no later than Wednesday, November 26, 2025.

IT IS SO ORDERED.

Dated:   October 16, 2025

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

SA2025301262
39378980