# UNITED STATES DISTRICT COURT

EASTERN                District of            CALIFORNIA

| | |
|---|---|
| CHRISTINA WIND, et al.<br>                         Plaintiff (s),<br>V.<br>CALIFORNIA DEPT. OF CORRECTIONS, et al.<br>                         Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br>(Doc. No. 38)<br><br>CASE NUMBER: 1:25-cv-00266-JLT-HBK |

Notice is hereby given that, subject to approval by the court, __C. MENDOZA__ substitutes
(Party (s) Name)

__J. RANDALL ANDRADA__, State Bar No. __70000__ as counsel of record in
(Name of New Attorney)

place of __Jacqueline Kallberg__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          ANDRADA & ASSOCIATES, P.C.

    Address:             1939 Harrison Street, Suite 612, Oakland, CA 94612

    Telephone:         (510) 287-4160         Facsimile

    E-Mail (Optional):   randrada@andradalaw.com

I consent to the above substitution.
Date:    11/13/2025
                                                                 CARLOS MENDRA
                                                                 (Signature of Party (s))

I consent to being substituted.
Date:    11/14/2025
                                                                 Jacqueline Kallberg
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    11/14/25
                                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    November 19, 2025
                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]