AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____CALIFORNIA_____

CHRISTINA WIND, et al.
              Plaintiff (s),
V.
CALIFORNIA DEPT. OF CORRECTIONS, et al.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
Doc. No. 39)

CASE NUMBER: 1:25-cv-00266-JLT-HBK

Notice is hereby given that, subject to approval by the court, __C. MENDOZA__ substitutes
                                                        (Party (s) Name)

__LYNNE G. STOCKER__, State Bar No. __130333__ as counsel of record in
(Name of New Attorney)

place of __Jacqueline Kallberg__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         ANDRADA & ASSOCIATES, P.C.
    Address:            1939 Harrison Street, Suite 612, Oakland, CA 94612
    Telephone:        (510) 287-4160         Facsimile
    E-Mail (Optional):   lstocker@andradalaw.com

I consent to the above substitution.
Date: __11/13/2025__
                                                                            /s/ CARLOS MENDOZA
                                                                            (Signature of Party (s))

I consent to being substituted.
Date: __11/14/25__
                                                                            /s/ Jacqueline Kallberg
                                                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __11/14/25__
                                                                            /s/ LG Stocker
                                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __November 19, 2025__
                                                                            /s/ Helena M. Barch-Kuchta
                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]