ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JACQUELINE KALLBERG, State Bar No. 298886
DESTINY SALCIDO, State Bar No. 357153
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7345
 Fax:  (916) 324-5205
 E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation, I. Arroyo, V. Ramolete, E. Becerra,*
*M. Felix, and Y. Abrego*

ROBERT CHALFANT LAW, PC
ROBERT CHALFANT (SBN 203051)
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: (916) 647-7728
Facsimile: (916) 930-6093
*Attorneys for Plaintiffs*

ANDRADA & ASSOCIATES
Lynne G. Stocker, SBN 130333
1939 Harrison Street, Suite 612
Oakland, CA 94612
Telephone: (510) 287-4160
Email:  lstocker@andradalaw.com
*Attorneys for Defendant C. Mendoza*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHRISTINA WIND, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 1:25-cv-00266-JLT-HBK<br><br>**STIPULATED MOTION TO STAY CASE PENDING COMPLETION OF EARLY ADR**<br><br>**[PROPOSED] ORDER**<br><br>Judge:        Helena M. Barch-Kuchta<br>Trial Date:   None Set<br>Action Filed:  March 3, 2025 |

1

Plaintiffs Wind, Cameron, Monroe, Gutierrez, Salinas, Muhammad, Yancey, Clark, DeLeonGuerrero, Randolph, Reyes, Manzano, and Milan and Defendants California Department of Corrections and Rehabilitation, I. Arroyo, V. Ramolete, E. Becerra, M. Felix, Y. Abrego and C. Mendoza, by and through their attorneys of record, stipulate and jointly move this Court for an order staying this case and vacating pending deadlines and hearings pending completion of a private mediation set for March 10-11, 2026.  Good cause supports the motion as follows.

Defendants' responses to Plaintiffs' operative complaint are currently due December 24, 2025, and an initial scheduling conference in this case is set for February 5, 2026.  The parties have conferred regarding early ADR and have agreed to mediate this matter at a private mediation with the Hon. Kendall J. Newman currently set for March 10-11, 2026.  To allow the parties to devote time to prepare for mediation, the parties have agreed that all proceedings and discovery in this matter should be stayed and any pending deadlines or hearings vacated.  However, the parties may informally exchange information under the protective order entered in this case to prepare for mediation.

Accordingly, the parties jointly request that this matter be stayed and all pending deadlines and hearings be vacated, including the initial scheduling conference currently set for February 5, 2026, pending the completion of the mediation.  The parties will prepare and file a joint status report regarding mediation or notice of settlement within 14 days of the completion of the mediation.  If this matter does not settle, then the parties will include in their joint status report a date for Defendants' responsive pleadings.

Dated:  December 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
JACQUELINE KALLBERG
Deputy Attorney General

*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants
I. Arroyo, V. Ramolete, E. Becerra,
M. Felix and Y. Abrego, and California
Department of Corrections and
Rehabilitation*

Dated:  December 11, 2025

ANDRADA & ASSOCIATES

*/s/ Lynne G. Stocker*

Lynne G. Stocker
*Attorney for Defendant Mendoza
(as authorized December 11, 2025)*

Dated:  December 17, 2025

LAW OFFICE OF ROBERT CHALFANT

*/s/ Robert Chalfant*

Robert Chalfant
*Attorney for Plaintiffs
(as authorized December 17, 2025)*

SA2025301262
39512442

3

**[PROPOSED] ORDER**

Good cause appearing, the parties' stipulation is GRANTED.

1.      This matter is stayed and all deadlines and hearings, including the February 5, 2026, scheduling conference, are vacated pending completion of private mediation in this matter.

2.      The parties shall file a joint status report or notice of settlement within fourteen days of the completion of the mediation.

3.      If the matter does not settle, the parties shall include in their joint status report a date for Defendants' responsive pleadings.

IT IS SO ORDERED.

DATED:  December   2025

_____
Hon. Helena Barch-Kuchta
United States Magistrate Judge

4

# CERTIFICATE OF SERVICE

Case Name:    **Christina Wind, et al. v. State**          No.    **1:25-cv-00266-JLT-HBK**
                    **of California, et al.**

I hereby certify that on <u>December 17, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

➢ **STIPULATED MOTION TO STAY CASE PENDING COMPLETION OF EARLY ADR [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 17, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| K. Vitalie | */s/ K. Vitalie* |
| Declarant | Signature |

SA2025301262
39526549.docx